IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr49-MHT |
| JERRELL BROUGHTON | ) | (WO) |

### ORDER

By agreement of the parties made in open court on December 11, 2008, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The modification petition (Doc. No. 32) is withdrawn.

(2) The modification petition (Doc. No. 31) is granted.

(3) Defendant Jerrell Broughton shall attend the Family Guidance Center and shall successfully complete a parenting and fatherhood program and all other conditions set forth in the sentencing plan (Doc. No. 36).

DONE, this the 12th day of December, 2008.

                                         /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE